Kevin NIXON; Brandon Ancelet, Plaintiffs–Appellants

v.

Buryl WHEATLEY; PD George Company, Defendants–Appellees.

No. 06–40148.

United States Court of Appeals, Fifth Circuit.

Oct. 27, 2006.

See also 368 F.Supp.2d 635.

R. 47.5.4.

Bruce Wayne Cobb, Craig J. Schexnaider, Conley, Schexnaider & Associates, Beaumont, TX, for Plaintiffs–Appellants.

Shannon Robbie Ramirez, Michael Murphy Gallagher, Hays, McConn, Rice & Pickering, Houston, TX, for Defendants–Appellees.

Before KING, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM: *

"A party *must* reserve its right to appeal prejudgment rulings in the offer of judgment, otherwise no appeals from judgment will be allowed." *Ramming v. Natural Gas Pipeline Co. of Am.*, 390 F.3d 366, 370 (5th Cir.2004) (emphasis in original). Plaintiffs' failure to do so here extinguished their right to appeal, and their subsequent statement purporting to reserve this right could not resurrect it.

The Motion to Dismiss the Case is GRANTED. Appeal DISMISSED. Costs shall be borne by plaintiffs.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.